No. 589. MORTENSEN, COMMISSIONER OF INSURANCE, *v.* SECURITY INSURANCE CO. Argued March 22, 1933. Decided March 27, 1933. *Per Curiam:* Decree affirmed. *Terral* v. *Burke Construction Co.,* 257 U.S. 529; *Prudential Insurance Co.* v. *Cheek,* 259 U.S. 530, 544; *National Fire Insurance Co.* v. *Wanberg,* 260 U.S. 71, 75; *Fidelity & Deposit Co.* v. *Tafoya,* 270 U.S. 426, 434; *Hanover Fire Insurance Co.* v. *Harding,* 272 U.S. 494, 507.

MR. JUSTICE BRANDEIS dissents upon the authority of *Doyle* v. *Continental Insurance Co.,* 94 U.S. 535, and *Security Mutual Life Insurance Co.* v. *Prewitt,* 202 U.S. 246.

*Mr. J. E. Messerschmidt,* Assistant Attorney General of

Wisconsin, with whom *Mr. James E. Finnegan,* Attorney General, was on the brief, for appellant. *Messrs. Samuel Levin* and *Wm. Marshall Bullitt* were on the brief for appellee.